# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CDS FAMILY TRUST, LLC, et al., \*

   Plaintiffs, \*

v.                                            Civil Action No.: RDB-15-2584

ERNEST R. MARTIN, et al., \*

   Defendants. \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

The records of this Court reflect that Kimberly A. Fitzwater, previously listed as counsel for Defendants Ernest R. Martin and Patricia J. Martin, is no longer a member of the Bar of this Court. (ECF Nos. 107, 110.) Furthermore, Ms. Fitzwater has failed to respond to messages left by personnel of this Court. Accordingly, pursuant to Local Rule 101.1(a) (D. Md. 2018), Ms. Fitzwater may not appear as counsel in this case, and her Appearance as counsel is deemed to be withdrawn.

The individual Defendants Ernest R. Martin and Patricia J. Martin are permitted to represent themselves pursuant to Local Rule 101.1(a) (D. Md. 2018). However, they have not responded to Plaintiffs' Motion for Summary Judgment or Requests for Admissions. (ECF No. 125.) The trial of this case is scheduled for Monday, January 28, 2019. All other parties, through counsel, have consented to the designation of a Magistrate Judge in this case pursuant to Local Rule 301.4 (D. Md. 2018) and 28 U.S.C. § 636(c), and to a postponement of that trial

date. Accordingly, the Defendants are HEREBY ORDERED to contact the Chambers of Judge Richard D. Bennett at 410-962-3190 immediately upon receipt of this Order.

IT IS HEREBY ORDERED this 27th day of December, 2018.

                                                                                                   /s/
                                                Richard D. Bennett
                                                United States District Judge